No. 11-14-00341-CR
TRIAL COURT CAUSE No. CR42226

IN THE
COURT OF CRIMINAL APPEALS OF TEXAS
AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 09 2015

Abel Acosta, Clerk

ANTHONY DON JACKSON §
-VS- §
THE STATE OF TEXAS §

No. 11-14-00341-CR

TRIAL COURT No. CR42226

FILED IN
COURT OF CRIMINAL APPEALS

NOV 09 2015

Abel Acosta, Clerk

MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS OF TEXAS
AUSTIN, TEXAS:

NOW COMES ANTHONY DON JACKSON TDCJ-ID # 1955206, PETITIONER PRO SE, AND RESPECTFULLY MOVES THE COURT TO EXTEND THE DEADLINE FOR FILING HIS PETITION FOR DISCRETIONARY REVIEW BY THIRTY DAYS. IN SUPPORT, PETITIONER WOULD SHOW THE FOLLOWING:

I.

ON OCTOBER 27, 2015, PETITIONER RECEIVED FROM PRISON MAIL MEMORANDUM OPINION FROM THE ELEVENTH COURT OF APPEALS THAT HIS JUDGMENT HAS BEEN AFFIRM OF THE TRIAL COURT.

1.

## II.

THIS IS PETITIONER'S FIRST REQUEST FOR EXTENSION. PETITIONER IS UNABLE TO MEET THE DEADLINE FOR THE FOLLOWING REASONS: (1) PETITIONER HAS LIMITED ACCESS TO LAW LIBRARY TO A FEW HOURS A DAY, (2) LIMITED LEGAL KNOWLEDGE THEREBY SLOWING DOWN RESEARCH AND (3) PETITIONER IS ATTEMPTING TO GET LEGAL ASSISTANCE.

## III.

PETITIONER PRAYS THAT THE COURT GRANT THIS MOTION AND EXTEND THE TIME TO FILE PETITIONER'S PETITION FOR DISCRETIONARY REVIEW, AND EXTEND THE TIME 30 DAYS IN THE ABOVE-STYLED CAUSE NUMBERS.

## IV.

FOR THE REASONS STATED ABOVE THE PETITIONER ASK THIS HONORABLE COURT TO GRANT SAID MOTION IN THE INTEREST OF JUSTICE.

RESPECTFULLY SUBMITTED

NOV 1. 2015   Anthony Don Jackson

ANTHONY DON JACKSON
TDCJ-ID #1955206
DALHART UNIT
11950 FM. 998
DALHART, TEXAS 79022

2.